<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8425**

———————

ELIJAH JAMES GADDY,

　　　　　Petitioner - Appellant,

　　　v.

UNITED STATES OF AMERICA; JOHN J. LAMANNA, Warden at FCI Edgefield,

　　　　　Respondents - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.　Solomon Blatt, Jr., Senior District Judge.　(3:07-cv-03595-SB)

———————

Submitted:　September 29, 2009　　Decided:　October 2, 2009

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Elijah James Gaddy, Appellant Pro Se.　Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah James Gaddy, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gaddy v. United States</u>, No. 3:07-cv-03595-SB (D.S.C. Sept. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>